THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
XOCHITL ARTEAGA(California Bar No. 227034)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-0500
    Facsimile:  (213) 894-894-0141
    Email:      xochitl.arteaga@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

               UNITED STATES DISTRICT COURT

          FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )  CR No. 08-00380-R
                             )
              Plaintiff,     )  [~~PROPOSED~~] FINDINGS OF FACT AND
                             )  CONCLUSIONS OF LAW REGARDING (1)
              v.             )  CONTINUANCE OF TRIAL DATE AND (2)
                             )  FINDINGS OF EXCLUDABLE TIME
RONALD GAITHER,              )  PERIODS PURSUANT TO SPEEDY TRIAL
                             )  ACT
              Defendant.     )
                             )  **CURRENT TRIAL DATE: None set**
                             )  **HEARING ON MOTION TO DISMISS:**
                             )  **September 8, 2008 at 1:30 p.m.**
                             )  **[PROPOSED] TRIAL DATE: September**
                             )  **9, 2008 at 9:00 a.m.**
                             )
                             )
_____    )

     On May 30, 2008, the Court held a hearing in the above

captioned case.  Based on that hearing, and the facts and records

of this case, the Court finds as follows:

     1.  The Indictment in this case was filed on March 28, 2008.

Defendant first appeared before a judicial officer of the court

in which the Indictment is pending on April 21, 2008. The Speedy

Trial Act, 18 U.S.C. § 3161, originally required that the trial

commence on or before June 27, 2008.

1    2.   On April 21, 2008, the Court set a trial date of May

2  20, 2008. On May 9, 2008, the court continued the trial to June

3  3, 2008 pursuant to the parties' First Stipulation to Continue

4  the Trial Date.

5    3.   On May 27, 2008, defendant filed a Motion to Dismiss

6  Count Five of the Indictment ("Motion to Dismiss").   On May 29,

7  2008, the parties stipulated to hear the Motion to Dismiss on

8  shortened time, and scheduled the hearing for May 30, 3008.

9    4.   On May 30, 2008 defendant plead guilty to counts one,

10 three, and four of the indictment pursuant to a plea agreement.

11 The court continued the hearing on the Motion to Dismiss Count

12 Five of the Indictment to September 8, 2008 at 1:30 p.m.

13 Defendant made no objection to the continued hearing date on his

14 Motion to Dismiss.

15   5.   The Court further finds that for purposes of computing

16 the date under the Speedy Trial Act by which defendant's trial

17 must commence: (i) the delay by the new trial date results from

18 the pending pretrial Motion to Dismiss; (ii) the ends of justice

19 served by the continuance outweigh the best interest of the

20 public and defendant in a speedy trial; and (iii) failure to

21 grant the continuance would be likely to make a continuation of

22 the proceeding impossible, or result in a miscarriage of justice.

23   6.   The requested continuance is not based on congestion of

24 the Court's calendar, lack of diligent preparation on the part of

25 the attorney for the government or the defense, or failure on the

26 part of the attorney for the Government to obtain available

27 witnesses.

28 ///

THEREFORE, FOR GOOD CAUSE SHOWN:

1.    The trial in this matter is continued from June 3, 2008 to September 9, 2008.

1.    The time period of May 30, 2008 to September 9, 2008, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(1)(F), (h)(8)(A), (h)(8)(B)(i), and because the delay results from a continuance by the Court on the defendant's Motion and with defendant's assent.

2.    Defendant shall appear in Courtroom 8 of the Federal Courthouse, 312 North Spring Street, Los Angeles, California on September 9, 2008 at 9:00 a.m.

3.    Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.


IT IS SO ORDERED.


___June 3, 2008___
DATE                              _____
                                  THE HONORABLE MANUEL L. REAL
                                  UNITED STATES DISTRICT JUDGE

3